**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Dionisio Anibal SAUCEDO, Jr.,
Defendant–Appellant.**

**No. 10–10165
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2010.

Jeffrey Robert Haag, Assistant U.S. Attorney, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Michael Lowell King, As-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**14**

sistant Federal Public Defender, Lubbock, TX, for Defendant–Appellant.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Dionisio Anibal Saucedo, Jr., appeals the sentence imposed upon his guilty-plea conviction for aiding and abetting the possession of an unregistered firearm. *See* 26 U.S.C. § 5861(d). The unregistered firearm at issue was a sawed-off shotgun. Saucedo argues that the sawed-off shotgun should not have been deemed a "destructive device" under U.S.S.G. § 2K2.1(b)(3)(B) and that his sentence should not have been enhanced on that basis.

As Saucedo acknowledges, his argument is foreclosed by *United States v. Henry*, 417 F.3d 493, 494 (5th Cir.2005). Accordingly, the judgment of the district court is AFFIRMED. The Government's motion for summary affirmance is GRANTED, and its alternative motion for an extension of time is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.